IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES | 05-CR-6116 |
| v. |  |
|  | USAO NO. 2003R00424 |
| VIOLETTE GAIL ELDRIDGE |  |
| a/k/a GAIL VIOLETTE ELDRIDGE |  |
| MELVIN RAY LYTTLE |  |
| PAUL E. KNIGHT |  |
| JOHN L. MONTANA |  |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by and through its attorney, Kathleen M. Mehltretter, Acting United States Attorney, and Richard A. Resnick, Assistant United States Attorney, and William H. Bowne, III, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, of counsel, and hereby requests the Court to unseal the Indictment returned in the above captioned case.

In support of the Motion, applicant alleges and states the following:

On August 18, 2005 a grand jury sitting in the Western District of New York at Rochester returned a sealed indictment against VIOLETTE GAIL ELDRIDGE, MELVIN RAY LYTTLE, PAUL E. KNIGHT, and JOHN L. MONTANA, JR., charging various criminal violations including Conspiracy, Mail Fraud, Wire Fraud, Money Laundering Conspiracy, Money Laundering and requesting criminal forfeiture. Defendants Montana and Knight have now been arrested, agents are attempting to arrest defendant Lyttle, and defendant Eldridge, through her counsel, has agreed to surrender herself to the Federal Bureau of Investigation in Atlanta, Georgia. Districts participating in the removal hearing process have represented that

EXHIBIT E

are required to provide copies of the indictment to the defendants. The alternative, redaction of the indictment, as suggested by the Eastern District of New York, cannot be performed in a fashion that will prevent the identification of the other defendants. Therefore, the government requests that the Indictment in this matter be unsealed to allow the defendants to receive copies at their removal hearings.

I affirm, under penalty of perjury, that the information contained within this application is true based on our information and belief.

DATED: Rochester, New York, August 22, 2005

Respectfully submitted,

KATHLEEN M. MEHLTRETTER
Acting United States Attorney
Western District of New York

BY: *William H. Bowne* /TD
William H. Bowne, III
Trial Attorney Dept. of Justice, Criminal
Division, Fraud Section
Tel: 585-263-6760
Fax: 585-263-6736
E-mail: William.Bowne2@usdoj.gov

2