IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES | : | 05-CR-61<s>66</s>16 |
| v. | : | |
|  | : | USAO NO. 2003R00424 |
| VIOLETTE GAIL ELDRIDGE | : | |
|   a/k/a GAIL VIOLETTE ELDRIDGE | : | |
| MELVIN RAY LYTTLE | : | |
| PAUL E. KNIGHT | : | |
| JOHN L. MONTANA | : | |

## ORDER TO UNSEAL INDICTMENT

The Court has before it the verified Motion of the United States Attorney for the Western

District of New York requesting the Court to unseal the Indictment in the above captioned

matter.

On August 18, 2005 the grand jury sitting in the Western District of New York at

Rochester and conducting the investigation returned a sealed indictment charging various

criminal violations. In order to provide copies of the indictment to the defendants at the time of

their removal hearings, the United States has requested that the indictment be unsealed.

IT IS THEREFORE ORDERED that the Indictment in the above captioned matter be

unsealed.

DATED: Rochester, New York , August 22 , 2005

Marian W Payson
_____
HON. MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

EXHIBIT

F