IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA

   vs.             05-CR-6116

VIOLETTE GAIL ELDRIDGE a/k/a
 GAIL VIOLETTE ELDRIDGE,
MELVIN RAY LYTTLE,
PAUL E. KNIGHT, and
JOHN L. MONTANA, Jr.

   Defendants.

---

### NOTICE OF APPEARANCE

TO: The Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that Assistant United States Attorney Richard A. Resnick and Trial Attorney William H. Bowne, III are the attorneys for and shall appear as counsel in this case for The United States of America.

  DATED: Rochester, New York, September 6, 2005.

            Respectfully submitted,

            KATHLEEN M. MEHLTRETTER
            Acting United States Attorney

            S/RICHARD A. RESNICK
            Assistant United States Attorney
            United States Attorney's Office
            Western District of New York
            620 Federal Building
            100 State Street
            Rochester, New York  14614
            (585) 263-6760 ext. 2241
            richard.resnick@usdoj.gov

EXHIBIT G

S/WILLIAM H. BOWNE, III
Trial Attorney, Fraud Section
Department of Justice
1400 New York Avenue N.W.
Washington, D.C. 20530
(202) 514-0660
william.bowne@usa.usdoj.gov