Case 6:05-cr-06116-CJS   Document 52   Filed 02/20/07   Page 1 of 2




U.S. Department of Justice

United States Attorney
Western District of New York

620 Federal Building     (585) 263-6760
100 State Street     FAX(585) 263-6226
Rochester, New York 14614

August 17, 2006

Maurice J. Verillo, Esq.
One East Main Street, Suite 711
Rochester, New York 14614

Re:  404(b) Notice of Evidence of Other Crimes
     to be Offered Against Gail Eldridge

Dear Mr. Verillo:

    The government intends to introduce "other crimes evidence" against your client Violet Gail Eldridge during her upcoming trial for participation in an investment fraud scheme under Rule 404(b) of the Federal Rules of Evidence in order to prove your client's motive, opportunity, intent preparation, plan, knowledge and absence of mistake. You were previously informed about the nature of the evidence on several occasions and were provided with copies of recorded conversations between your client and an FBI undercover agent. Additionally, you were informed about conversations between defendant Eldridge and others during which Eldridge explained and coached these individuals on how to promote high yield investment programs to prospective investors. The general nature of the two types of "other crimes evidence" to be offered is summarized below.

    Defendant Eldridge and others promoted investment opportunities to an undercover FBI agent and others which were intended to disguise the source and nature of the amounts invested. The offers by Eldridge and others were in essence, to launder the funds. The conversations were recorded and have been made available to you.

    During the investment scheme charged in the indictment several of the individuals associated with defendant Eldridge and or the United Tribes of the Americas, specifically James Ozmer and Christopher Quinn, had conversations with defendant Eldridge

EXHIBIT 1

during which she personally explained how to solicit investors for a high yield investment program or were in attendance when an actual investor was solicited by defendant Eldridge. These conversations occurred during the term of the conspiracy charged in the indictment and, were for investments being offered by defendant Eldridge and not associated with investments being promoted by First National Equity or P. K. Trust.

    If you have any questions please contact me at 202-514-0660.

Sincerely,

William H. Bowne, III
Trial Attorney, Fraud Section

WHB/ams
pc: Richard Resnick, AUSA