

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

620 Federal Building            (585) 263-6760
100 State Street               FAX(585) 263-6226
Rochester, New York 14614

October 3, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street, Suite 711
Rochester, New York 14614

Re: **404(b) Notice of Evidence of Other Crimes
to be Offered Against Gail Eldridge**

Dear Mr. Verillo:

    The government has recently received additional "other crimes evidence" which the government intends to introduce against your client, Violet Gail Eldridge, during her upcoming trial under Rule 404(b) of the Federal Rules of Evidence in order to prove your client's motive, opportunity, intent, preparation, plan, knowledge and absence of mistake.

    On September 27, 2006, the FBI interviewed Charles Timothy Sweeney, a/k/a Chuck Sweeney, located at 320 North 14th Street, Junction, Texas, concerning monetary transfers he made to your client, Violet Gail Eldridge. Sweeney indicated that he is an inventor and was contacted by Eldridge in 2002 regarding a water treatment program he had invented and was attempting to market. Sweeeney traveled to Georgia and met with Eldridge and her attorney "Kit" who he recalls was from Florida. During the solicitation Eldridge made numerous false representations concerning her access to available investment capital and her contacts with government officials. Eldridge convinced Sweeney she could provide investors who could provide the funding necessary to market the water treatment program. During the period of April through July of 2002, Sweeney wire transferred $75,000 to Eldridge's bank account for startup costs. Sweeney indicated Eldridge performed no services and ultimately Sweeney lost the $75,000.

If you have any questions concerning this information please contact me at 202-514-0660.

Sincerely,

*[signature]* for

William H. Bowne, III
Trial Attorney, Fraud Section

WHB/ams
pc: Richard Resnick, AUSA