# AFFIDAVIT

The undersigned being duly sworn hereby states under oath that:

1. I, George M. Bevre-Hart, residing at 17430 County Road 28, Colfax, North Dakota, worked in the Intelligence Community, hereinafter the IC, under Presidential Decision Directive 39, hereinafter PDD-39, of June 21, 1995. I was assigned to Gail Eldridge by the IC in 1997. I am now retired.

   See attached document cover of PPD-39 as Exhibit A.

2. In approximately late January or early February 2001, I was approached by Melvin R. Lyttle and Paul E. Knight who requested me to inform and submit records to the FBI in connection with the fraudulent activities of Violette Gail Eldridge, the United Tribes of the Americas (UTA) and the UTA-BVI, an international business corporation created to lure investors into supposed financial transactions, which she promoted as High Yield Investment Programs (HYIP's).

3. I submitted Lyttle and Knight's records to FBI Special Agent Timothy Adams in Gainesville, FL.

   See files on disk "Melvin Lyttle," "Paul Knight" dated February 22, 2001 as Exhibit B.

4. I explained the fraudulent activities associated with previously submitted records to S.A. Timothy Adams further supporting an "ongoing IC investigation" of Gail Eldridge and her UTA schemes.

   See files on disk at "UTA, UTA2, UTA3, UTA4" headings submitted as Exhibit C.

5. The submitted cover letter for the initial Paul Knight documents with comments regarding Melvin Lyttle possibly duping Mr. Knight incorrectly tied Lyttle to Gail Eldridge's activities. This is because at that time the FBI and myself were not completely aware of the severity of Mr. Lyttle's health problems which prompted need for a traveling companion. And it was later discovered these trips were hard pressed for by Eldridge and her partners of the scheme, Bill Marvin and Marc Robinson. Mr. Lyttle did not participate with Eldridge in the DLJ scheme. In fact he was a victim.

6. S.A. Timothy Adams thanked me for their records and said to convey the FBI's gratitude to Mr. Lyttle and Mr. Knight assuring me that it would be duly noted on their behalf.

7. When I met Gail Eldridge she showed me her CIA badge (which the CIA denied authorization therefor) and William (Bill) Marvin in June 1997. For over a year they and their subsequent partner Marc Robinson discussed plans in my presence regarding a future sham HYIP promotion to lure investors into Donaldson, Lufkin & Jenrette (DLJ) investment company. I heard numerous conference calls between these three partners and spoke with Robinson a few times witnessing their discussions of portraying the scheme legitimate while divesting themselves from associated culpability. Eldridge claimed that she would always be able to find a way out of legal problems, which she had in the past, as she and her husband Robert were "long term 'Masons' just like the Judges in the court system and had to be highly favored as it was their special secret right."

Affidavit of George Bevre-Hart
5 Pages                                                                Initials

EXHIBIT K

8. Throughout this planning period I heard them discussing the use of the DLJ company for the ultimate impression upon potential investors. Bill Marvin personally told me that he had it arranged for using DLJ's conference rooms and even giving tours, with no questions asked by the DLJ staff, to convince clients into depositing funds with DLJ and the UTA.

9. At that time these partners claimed they were going to use the professionally organized business entities of the Redrose Fund Ltd., and Whiterose Braveheart, L.P., whose holding company was the Geraldine Fund Ltd. All these entities were sponsored by Saitco International Inc., and all created by Mr. & Mrs. Igou, Esq., with their transaction related revenue dependant on performance of each entity. This is where the beginning concept for the UTA-BVI came from.

See attached two cover pages for the Igou Companies as Exhibit D.

10. The UTA-BVI was organized as an off-shore financial branch of the UTA to portray its savvy business depth while further clouding legitimacy as described to me by these three partners and their attorney Katherine (Kit) Crase, who orchestrated setting-up the UTA-BVI company.

11. Bill Marvin and Marc Robinson both confided in me that they could not have conceived what the Igou's had already created. They and Eldridge were going to setup their own structure for promotional purposes to get investors' funds under their control using this impressive business layout.

12. I heard these three partners and attorney Katherine Crase discuss how to copycat the model business concept directly from the Igou's companies for their own DLJ promotions and additionally in case the Igou's backed out of profit sharing with the UTA. Bill Marvin used to carry the two Igou company documents around with him like a bible as he traveled back and forth to UTA headquarters from New York. They studied them intensely like it was their treasure.

13. The three partners of Eldridge, Marvin, Robinson and attorney Kit Crase repeatedly asked me to make any special contacts I could, domestically or internationally, to assist them in this so-called specialized field of private banking. They wanted to hire a professional bank trader for their business and grant that person a head position in their soon to be created central bank. They had no substantial means of accomplishing these goals and nothing they tried was working for them.

14. Their pretext was to offer High Yield Investment Programs (HYIP's) through the UTA and the UTA-BVI off-shore company, trading Medium Term Notes (MTN's), Forward Derivatives (FD's) and various other banking instruments for extreme profit potentials. They were not capable of performing these activities nor even had any first hand knowledge of the business.

15. When I asked each of them how they were going to handle transactions after receiving investors funds they simply said they'll cross that bridge when they get to it. I immediately challenged such comments as being a promotional sham as they had no way to complete what they promoted. I told them this was illegal and they would all get caught trying such a scam.

Affidavit of George Bevre-Hart
5 Pages

Initials

16. At that time Gail Eldridge stated she would get a financial trader appointed from the Federal Reserve through her CIA connections once they had control of the minimum required funds of 10 million dollars. I informed Eldridge, her DLJ partners, and attorney Katherine Crase that this scheme was highly illegal. They were not in such a business and could not simply "demand to be in it" to those in authority.

17. Each one of these partners and attorney Crase stated to me that their "true intent" was to continue funding the UTA anyway possible until it could launch its own central bank, the UTA-CB, which they said would insure their own trading capability. This is well documented throughout the UTA promotional propaganda in Exhibit C.

18. Eldridge and the UTA needed the Native American tribes to support her concept of a new tribal sovereign nation "on their behalf." This was accomplished on July 4, 1998 with the signing of the "Medicine Wheel Accord" accompanied by the Washington, DC press club announcements for the signing ceremony.

    See group documents on disk at "UTA" pages 15-24 as Exhibit E.

19. Eldridge later insisted on making changes to the prescribed constitution drawn up by the Native Americans for the new nation of "The United Tribal Alliance," yet another "UTA." The natives then sent a cancellation notice to Gail Eldridge and the UTA, thereby revoking the "Medicine Wheel Accord" (MWA) on September 9, 1998, as she went beyond their allowed legal parameters.

    See attached group of four "MWA" documents with revocations as Exhibit F.

20. Eldridge told me we were not to divulge this crushing news of the Accord revocation to anyone and do our best to keep it under wraps for as long as possible while she continued her promotions to acquire continued funding as if nothing had changed in the UTA's legal status.

21. At that time Isabelle Igou, Esq., confided in me she was feeling quite irritated about Eldridge and her partners' constant query for detailed information on how to do financial transactions and now the vanished UTA legal status. I told her that if she felt uncomfortable, then she and her husband should detach themselves from the UTA legal fiasco.

22. Prior to departing the fraudulent operations of the UTA and UTA-BVI schemes, I saw her priority list of target names for the future DLJ investor scheme in the summer of 1998. I remembered the priority names of Melvin R. Lyttle and Paul E. Knight on that list, who at that time I had not met, but easily recalled their names later on due to Eldridge's continual references to them as the next target.

23. On numerous occasions I heard Eldridge discussing with Bill Marvin and Marc Robinson how soon she could begin her HYIP promotions to Lyttle and Knight to bring them into their web. I heard them repeatedly tell her that only when they were fully prepared to cover themselves could they give her the green light to start the scheme.

Affidavit of George Bevre-Hart
5 Pages



Initials

24. Eldridge pushed Marvin and Robinson hard to finish the DLJ matter as she was fast becoming more exposed by the Native American's rejection of the Medicine Wheel Accord denying her the required legal support for her new "nation within a nation." UTA attorney Katherine Crase, was trying hard to find some Native American somewhere to sign a new Medicine Wheel Accord. But it seemed that the word was out on them on the Reservations and they could find no one to sign.

25. When I asked Eldridge if she ever studied or even read any books on international or domestic banking for her to be eligible in this business, she stated to me that "she sleeps with her head on the books and receives understanding via osmosis." I then confronted attorney Katherine Crase regarding the continued activities of Eldridge and the UTA operating without legal support.

26. Katherine Crase, Esq., was in a myriad of conflicts of interest as she was representing the UTA "in all of its corporate variations," Eldridge personally, and myself personally. Discussions regarding Eldridge's osmosis technique in her knowledge quest hit a wall with Ms. Crase as she finally stated that I was no longer a team player.

27. This newly surfaced personal exposure of the Eldridge & Crase team, plus the legal problems of the UTA necessitated a change of attorneys for myself. I signed a retainer agreement with attorney, Joseph J. D'Erasmo on September 23rd, 1998. Katherine Crase could no longer represent both Eldridge and myself.

See document on disk, Joseph J. D'Erasmo, Esq., at "UTA3" page 159 as Exhibit G.

28. In early October 1998, I was ordered by the IC to formally detach myself from the Eldridge-UTA enterprise and prepare final reports for probable legal action to proceed. That separation occurred on October 10, 1998. This divorce type of event was documented by material witness Joseph J. D'Erasmo, Esq. Law Office, 103 N. Adams St., Rockville, Maryland 20850-2217.

29. When I initially met Melvin Lyttle and Paul Knight in late January or early February of 2001 they were already entrapped by the DLJ ongoing scheme. They had moved and lost the investors' funds given to Eldridge and were trying to find ways to recover these assets.

30. I informed them that it was too late and they needed to get prepared legally. Eldridge was already painting them as her scapegoats to the FBI, trying to portray herself innocent. Her notice advising them of her preliminary contact to the FBI of November 3, 2000 was already in their possession.

See document on disk at "Melvin Lyttle," page 61, as Exhibit H.

Affidavit of George Bevre-Hart
5 Pages

Initials

31. Mr. Lyttle and Mr. Knight provided considerable assistance to the IC and the FBI regarding the activities of Gail Eldridge and her associates through the various corporate versions of the UTA. The facts conveyed to me by Mr. Lyttle and Mr. Knight in addition to my own reports were later confirmed in the summer of 2001 by the Justice Department noting the high quality and sensitivity of information.

  See Lyttle and Knight's documents supplied to the FBI on disk at "Melvin Lyttle, Paul Knight, Paul Knight2, Paul Knight3, and Vladimir Zantsev from Mr. Lyttle".

32. For National Security reasons, other details of my investigation cannot be disclosed at this time.

33. Further the affiant says naught.

George Bevre-Hart

Date: 9-19-06

State of North Dakota    )
County of Richland       )
The United States of America )

Subscribed and sworn to before me
On this 19 day of September, 2006

Notary Public

Seal

MARK A. MEYER
Notary Public, Richland Co., N. Dak.
My Commission Expires March 1, 2007
STATE OF NORTH DAKOTA
NOTARY PUBLIC SEAL

Affidavit of George Bevre-Hart
5 Pages

Initials