## AFFIDAVIT 2

The undersigned being duly sworn hereby states under oath that:

1. This is a supplement to my previous affidavit of September 19, 2006.

2. At the time of events discussed in that affidavit, I worked in the Intelligence Community (IC) not as an employee of any agency of the U.S. government, but as a confidential informant. I was asked to volunteer work for our country and I did not receive any payment for the voluntary services rendered.

3. I was a witness to crimes perpetrated by Gail Eldridge and "The UTA," along with her partners, CIA connection Donald Summers of Bethesda, Maryland, her international partners Patrick Lochrie, Dublin, Ireland, and Ralph Philippi, Taipei, Taiwan, her domestic partners Bill Marvin and Marc Robinson of New York and Samuel P. Hensley, Atlanta, Georgia. They conspired to defraud the United States Government and use investors money to fund their criminal enterprise and activities.

4. This information was also given to FBI Special Agent David Young from Champaign, Illinois, Resident Agent in Charge (RAC), in addition to the accompanying Treasury Agent as further witnesses. This interview process was held at the Law Offices of Joseph J. D'Erasmo, 103 North Adams Street, Rockville, Maryland 20850-2217. Ph:301.762.8860 or 8865. The names and contact numbers of the Treasury Agents may be acquired through their accompanying FBI Special Agents, or through the Law Office's of Joseph J. D'Erasmo along with specific dates.

5. I am prepared to answer any questions regarding my past criminal history. I was "ordered" by the U.S. government to sign proposed plea agreements. Montana, Lyttle and Knight requested me to relate their disclosure of Eldridge's fraudulent schemes directly to the FBI, and expressed their willingness to come forward to testify against her and her partners in connection with the Eldridge-UTA crimes in February of 2001.

6. Further the affiant says naught.

_____
George Bevre-Hart

Date: Nov 3, 2006

Seal

JEANNETTE NOVOTNY
Notary Public
State of North Dakota
My Commission Expires June 11, 2008

State of North Dakota )
County of Richland )
The United States of America )

Subscribed and sworn to before me
On this 3rd day of November, 2006

_____
Notary Public

Affidavit of George Bevre-Hart

EXHIBIT K