

**U.S. Department of Justice**

received

United States Attorney
Western District of New York

620 Federal Building          (585) 263-6760
100 State Street              FAX (585) 263-6226
Rochester, New York 14614

July 25, 2006

Maurice J. Verillo, Esq.
One East Main Street, Suite 711
Rochester, New York 14614

Re:  United States v. Violette G. Eldridge et. al.
     Rule 16 Discovery

Dear Mr. Verillo:

   I am responding to your letter of July 19, 2006. Please be advised that, pursuant to its obligations under Federal Rules of Criminal Procedure Rule 16, the government has provided you access to all discoverable materials in this matter. Access was available immediately following your client's arraignment and is ongoing. Additionally, although not obligated to do so, the government has provided you with copies of requested material without charge. Your most recent request in your letter of July 19, 2006 is outside the obligations of Rule 16 and therefore, the government will not respond.

                         Sincerely,

                         TERRANCE P. FLYNN
                         Acting United States Attorney
                         United States Attorney

                   BY:   WILLIAM H. BOWNE, III
                         Trial Attorney
                         Criminal Division, Fraud Section

WHB/ams
Enclosure
pc:  Richard A. Resnick, AUSA

EXHIBIT N