# LAW OFFICE OF
# MAURICE J. VERRILLO, P.C.
ATTORNEY AND COUNSELOR AT LAW

MAURICE J. VERRILLO, ESQ.

RICHARD L. BELLOWS, PARALEGAL
GREGORY J. REED, PARALEGAL
SONYA E. VERRILLO, OFFICE MANAGER

October 23, 2006

ONE EAST MAIN STREET, SUITE 711
ROCHESTER, NY 14614
mjvlaw@frontiernet.net
(585) 232-2640
(585) 262-2610 FAX

William H. Bowne, III, Esq.
620 Federal Building
100 State Street
Rochester, New York 14614

HAND DELIVERED

Re: U.S. v. Eldridge

Dear Mr. Bowne:

I have received your recent disclosures relative to further 404(b) evidence. These disclosures along with matters either not responded to by cover of letter dated July 19th, 2006 or uncovered as a result of our continued review of the SEC files necessitate some further and additional discovery requests.

These requests are as follows:

1. All statements, affidavits, and reports of Mr. Bevre, including the disclosure of the affidavit noted in Mr. Lyttle's affidavit.

2. A copy of the directive that directed Mr. Bevre to investigate Gail Eldridge.

3. Mr. Bevre's recent affidavit also refers to certain exhibits that were not attached to the disclosure. They include Exhibits "B", "C", "G" "H", and Paragraph "31" documents. Mr. Bevre claims that Mrs. Eldridge gave certain documents to the FBI and yet you failed to provide me with a copy of these documents.

4. Inspection and copying of all records relative to the HDL/BCT and Bridgewater Investment projects of Marc Robinson and Bill Marvin along with the Igou entities referenced in Mr. Bevre's affidavit.

5. A copy of the Indictment, Plea Agreement and records in support of the Indictment of Marc Robinson.

6. All tapes, reports, and records of all individuals subject to the investigation referred to as the "Florida Sting". I am advised that your tape disclosures are incomplete and may be a part of a broader investigation as to which we request full and complete disclosure as to all parties who were subjects.

7. Mr. Kassouf's expert witness report notes that : "During this investigation multiple interviews were conducted of victims, unindicted co-conspirators and various associates of the defendants" We are requesting that you identify each person relied upon by Mr. Kassouf to form the basis of his opinions , and that you provide a copy of each report associated with these individuals.

EXHIBIT O

Page Two

8. Mr. Zawistowski's report makes certain conclusions relative to MTN trading. We are requesting that we be provided with a list of all Federal Reserve advisories, bulletins, and any other official publications which address the MTN market along with a copy thereof.

In addition, there still remains our request to inspect Mr. Robinson's computer associated with the computerized signature issue referenced to as "VGESIGN 1,2,3". Please let me know when the computer file will be made available for inspection and copying.

I look forward to discussing these matters with you this afternoon.

Very truly yours,

Maurice J. Verrillo