# EXHIBIT

# 2




## ORSZÁGOS FORDÍTÓ ÉS FORDÍTÁSHITELESÍTŐ IRODA

National Office for Translations and Attestations Company Limited
Nationale Amtsstelle für Übersetzungen und Beglaubigungen Aktiengesellschaft

Акционерное общество Венгерское Бюро переводов и заверений
Bureau National de Traductions et de Legalisations Société Anonyme

H-1062 BUDAPEST, BAJZA U. 52.



Translation from Hungarian

CHIEF PROSECUTOR'S OFFICE ———————————————

Priority Affairs Division ———————————————————

1055 Budapest, Markó u. 16 ——————————————————

Telephone: 354-5500 ——————————————————————

KF.7518/2004/5-6-I. ——————————————————————

*US Department of Justice* ———————————————————

*Criminal Division* ————————————————————————

*Office of International Affairs* ———————————————

(DOJ Case No. 182-20319) ——————————————————

*To whom it may concern,* ——————————————————

The Hungarian authorities have fulfilled your request for legal assistance which was submitted for supplementary assistance in criminal case number **182-20319** which was launched in the United States of America against Melvin R. LYTTLE for the felony of money laundering and other criminal acts. Please find attached the documents which were produced in the course of this. ———————

On the 12ᵗʰ day of January 2005, Dr. TORONYI Zoltán, the compliance manager of K&H Bank, the successor in title of ABN AMBRO Bank, provided information to the effect that he believed that the documentation connected with his account number 10201006-60004763, which was managed by ABN AMBRO

182-20319



2

Bank Rt for First National Equity Ltd, had been put into the files of other customers by mistake. — We sought legal assistance from the State Financial Institutions Commission in investigating the case referred to. The State Financial Institutions Commission called upon K&H Bank Rt to undergo an internal inspection, in the course of which the documents which were being sought — albeit not in their entirety — came to light. The missing transfer orders were, given the fact that their storage period had elapsed, destroyed. --------------------
I am also sending the letter on this subject which was addressed to the Chief Prosecutor's Office by the State Financial Institutions Commission, by way of information. ------------------------------
I would like to take this opportunity of expressing my sincere esteem for the Department of Justice of the United States of America. --------------
Budapest, 16th February 2006. --------------------
Yours sincerely, ------------------------------------
illegible signature------------------------------
Dr. CSEREI Gyula, Public Prosecutor, Deputy Head of Division------------------------------------



# ORSZÁGOS FORDÍTÓ ÉS FORDÍTÁSHITELESÍTŐ IRODA

National Office for Translations and Attestations Company Limited   Акционерное общество Венгерское Бюро переводов и заверений
Nationale Amtsstelle für Übersetzungen und Beglaubigungen Aktiengesellschaft   Bureau National de Traductions et de Legalisations Société Anonyme

H-1062 BUDAPEST, BAJZA U. 52.

3

Circular stamp: CHIEF PROSECUTOR'S OFFICE, PRIORITY AFFAIRS DIVISION, BUDAPEST-1 --------------
27362/2006
The Hungarian National Office for Translations and Attestations Co. Ltd. hereby officially certifies that this translation is in full conformity with the original document, or the passage(s) marked therein, attached hereto.
Budapest, 23. 03. 2006

for the Director General



**LEGFŐBB ÜGYÉSZSÉG**
Kiemelt Ügyek Főosztálya
1055 Budapest, Markó u. 16.
Telefon: 354-5500

KF. 7518/2004/5-6-I.

*Az Amerikai Egyesült Államok*
*Szövetségi Igazságügyi Minisztériumának*

*US Departement of Justice*
*Criminal Division*
*Office of International Affairs*

(DOJ Case Nr. 182-20319)

*Tisztelt Hölgyeim és Uraim!*

A pénzmosás bűntette és más bűncselekmények miatt Melvin R. Lyttle és társai ellen az Amerikai Egyesült Államokban indított bűnügyben **182-20319** számon indított büntető ügyekben előterjesztett kiegészítő jogsegély iránti megkeresésüket a magyar hatóságok teljesítették. A keletkezett iratokat mellékelten megküldöm.

Az ABN AMBRO Bank jogutódjának a K&H Banknak compliance igazgatója dr. Toronyi Zoltán úr 2005. január 12. napján olyan értelmű tájékoztatást adott, miszerint a First National Equity Ltd-nek az ABN AMBRO Bank Rt-nél vezetett 10201006-60004763 számú számlájával kapcsolatos dokumentáció feltételezhetően tévedésből más ügyfelek dossziéjában került elhelyezésre.

Megkereséssel éltünk a Pénzügyi Szervezetek Állami Felügyeleténél az említett eset kivizsgálására. A Pénzügyi Szervezetek Állami Felügyelete belső vizsgálatra hívta fel a K&H Bank Rt-t, amelynek nyomán a kért dokumentumok – nem teljes körűen bár, de – előkerültek. A hiányzó átutalási megbízások az előírt tárolási idő lejárta miatt kerültek megsemmisítésre.

A Pénzügyi Szervezetek Állami Felügyeletének a Legfőbb Ügyészséghez címzett, erről szóló levelét tájékoztatásul szintén megküldöm.

Megragadom az alkalmat, hogy ezúton is őszinte nagyrabecsülésemet fejezzem ki az Amerikai Egyesült Államok Szövetségi Igazságügyi Minisztériumának

Budapest, 2006. február 16.

Tisztelettel:

(Dr. Cserei Gyula)
főosztályvezető-helyettes ügyész



**U.S. Department of Justice**

Criminal Division
Office of International Affairs

MEW:DDC:AT:KD:at
DOJ Case No.: 182-20319
(Please use when responding.)

Washington, D.C. 20530

May 5, 2006

BY INTEROFFICE MAIL

William H. Bowne, Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W., Rm. 4114
Washington, D.C. 20530

Re:   Materials Provided in Response to the Supplementary Request to Hungary for Assistance in the Matter of Melvin Ray Lyttle

Dear Mr. Bowne:

Enclosed are materials provided by Hungarian authorities in response to a treaty request for assistance submitted on your behalf under the Treaty Between the United States of America and Hungary on Mutual Assistance in Criminal Matters. This office is forwarding these materials as received and is not retaining a copy. This letter outlines the appropriate use of these materials and your responsibilities as the requesting authority.

I.   **Authorized Uses of Materials**

Article 7 of the Treaty provides as follows:

1.  The Central Authority of the Requested State may require that any information or evidence obtained under this Treaty not be used in any investigation, prosecution, or proceeding other than that described in the request without the prior consent of the Requested State.

2.  The Central Authority of the Requested State may request that information or evidence furnished under this Treaty be kept confidential or be used in accordance with conditions which its Central Authority shall specify. In that case, the Requesting State shall use its best efforts to comply with the conditions specified.

3.  Information or evidence which has been made public in the Requesting State in accordance with paragraph 1 or 2 may thereafter be used for any purpose.

You should check carefully whether or not Hungarian authorities have imposed a use restriction. If they have, and you anticipate the need to use the materials for any other purpose

(i.e., a use not stated in the request for assistance and/or not approved in the grant of assistance), consult this office to ascertain whether Hungarian authorization or approval can be secured.

II. **Obligations of Requesting Authority**

    A. <u>Secure a Translation of the Requested Materials</u>

It is the responsibility of the requesting authority to secure a translation of these materials. The requesting authority bears the costs for such translations.

    B. <u>Review Materials Promptly</u>

Unless stated otherwise in the Hungarian transmittal letter, Hungarian authorities generally conclude that no further assistance is needed and close their file unless this office responds within 60 days of the transmittal of documents. For that reason, please examine the enclosed materials immediately and notify the undersigned whether:

1. the request is satisfactorily executed and no further assistance is needed;

2. the request is only partially executed (please identify which materials remain outstanding); or

3. the request should be expanded to include additional assistance not previously requested (please provide a description and justification).

    C. <u>Return Original Documents</u>

Article 16 of the Treaty provides that the "If required by the Central Authority of the Requested State, the Central Authority of the Requesting State shall return as soon as possible any documents, records, or articles of evidence furnished to it in execution of a request under this Treaty." You are responsible for ensuring the return of such materials if the Hungarians have so requested.

For further assistance, please contact me at (202) 353-4469.

    Sincerely yours,

    Mary Ellen Warlow
    Director

By: *[signature]*
    Andrea Tisi
    Trial Attorney

Enclosures