# EXHIBIT

# 7



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

620 Federal Building
100 State Street
Rochester, New York 14614

(585) 263-6760
FAX(585) 263-6226

October 2, 2006

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street
Suite 711
Rochester, NY 14614

Fred S. Gallina, Esq.
Gallina Law Offices
One Main Street, East
Suite 100
Rochester, NY 14614-1807

Mark D. Hosken, Esq.
Federal Public Defender
28 East Main Street
Suite 400
Rochester, NY 14614

James P. Vacca, Esq.
One East Main Street
Rochester, NY 14614

Re:  **United States v. Violette G. Eldridge et. al.**

Dear Counsel:

    We have recently received the attached documents from the Securities and Exchange Commission ("SEC") on September 28, 2006. As part of our continuing discovery obligation, we are forwarding this information onto you.

Sincerely,

William H. Bowne, III
Trial Attorney, Fraud Section

WHB/ams
Enclosure