# EXHIBIT

# 8



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*620 Federal Building*          *(585) 263-6760*
*100 State Street*              *FAX(585) 263-6226*
*Rochester, New York 14614*

October 26, 2006

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street
Suite 711
Rochester, NY 14614

Christopher Ciaccio, Esq.
30 West Broad Street
Suite 400
Rochester, New York 14614

Mark D. Hosken, Esq.
Federal Public Defender
28 East Main Street
Suite 400
Rochester, NY 14614

James P. Vacca, Esq.
One East Main Street
Rochester, NY 14614

Re:  **United States v. Violette G. Eldridge et. al.**
     **Rule 16 Discovery**

Dear Counsel:

    On October 2, 2006 the government forwarded to counsel a copy of
an affidavit by George M. Bevre-Hart which was received from the
Securities and Exchange Commission (SEC).  The affidavit was filed in
civil case number 03-CV-01513-SEB-VSS, the SEC civil enforcement
proceeding being litigated in the Southern District of Indiana.  The
SEC has recently obtained digital copies of the exhibits cited in the

Bevre-Hart affidavit.  At this time we are providing counsel with a copy of the original transmittal letter from Lyttle's counsel to the SEC as well as copies of the cited exhibits which are included on the enclosed CD.

Sincerely,

William H. Bowne, III
Trial Attorney, Fraud Section

WHB/ams
Enclosures
pc: Richard A. Resnick, AUSA