# EXHIBIT

# 9



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

620 Federal Building        (585) 263-6760
100 State Street        FAX(585) 263-6226
Rochester, New York 14614
November 27, 2006

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street
Suite 711
Rochester, NY 14614

Christopher Ciaccio, Esq.
30 West Broad Street
Suite 400
Rochester, New York 14614

Mark D. Hosken, Esq.
Federal Public Defender
28 East Main Street
Suite 400
Rochester, NY 14614

James P. Vacca, Esq.
One East Main Street
Rochester, NY 14614

Re: **United States v. Lyttle, et. al.**

Dear Counsel:

    Enclosed please find a copy of a letter received by the SEC from Parad Law Offices, P.C. dated November 6, 2006 enclosing a copy of Mr. Bevre's supplemental affidavit dated November 3, 2006 and a copy of a letter from Parad Law Offices, P.C. dated November 8, 2006 enclosing a resume of Donald B. Summers.

                                      Sincerely,

                                        William H. Bowne, III
                                        Trial Attorney, Fraud Section

WHB/ams
Enclosures
pc: Richard A. Resnick, AUSA

**PARAD LAW OFFICES, P.C.**
A PROFESSIONAL CORPORATION

Internet: www.paradfirm.com
E-mail: goto@paradfirm.com
Facsimile: (847) 674-1647

4711 GOLF ROAD • SUITE 705 • SKOKIE, ILLINOIS 60076 • U.S.A. • (847) 674-1620 • (773) 725-2222

November 6, 2006

John E. Birkenheir, attorney
U.S. Securities and Exchange Commission
175 W. Jackson Boulevard, Suite 900
Chicago, Il 60604

Re:     U.S. SEC v. Montana, et al.
         Our Client(s): Melvin R. Lyttle and First National Equity, LLC
         Our File: 6332

Dear Mr. Birkenheir:

1. Enclosed is Mr. Bevre's supplemental affidavit ("Affidavit 2") of November 3, 2006, which is being produced to you pursuant to F.R.Civ.P Rule 26. I did not file it with the court, because in my opinion such electronic publication of this document via Internet may possibly affect national security interests and handicap investigative efforts of law enforcement agencies. Please inform me about this document publication (electronic filing with the court) authorization by the respective authorities as soon as you can.

2. We intend to use at trial the witnesses (via videotaped testimonies given at their or local court reporter's offices) listed in the Bevre's both Affidavits and including Mr. Bevre, namely:

Senator Samuel P. Hensley of Atlanta, Georgia
FBI Special Agent Timothy Adams, Gainesville, Florida
FBI Special Agent David Young, Champaign, Illinois
Attorney Joseph J. D'Erasmo
103 Adams Street, Rockville, Maryland 20850-2217
301-762-8860, 8865.
George Bevre-Hart
17430 County Road 28, Colfax, North Dakota

**Subject Matter of Testimony**: Information provided to the FBI by George Bevre in connection with the Eldridge criminal enterprise activities (domestic and international), Eldridge group's fraud disclosures and requests to convey the disclosures to the FBI by Lyttle, Montana and Knight.

3. In view of the documented Lyttle and Knight "whistle blowing" to the U.S. government and Eldridge partnership's planned and executed entrapment of Lyttle, Knight and investors, please advise as to giving immunity to these defendants in exchange for their testimonies against said perpetrators in both civil and criminal actions, which are coordinated between but done by different government entities.

Sincerely,

Boris Parad
Encl.

1