# EXHIBIT

# 10

# Testimony of Leonard A. Zawistowski, Jr.

A/O September 2005

1. State of Kansas v Melvin Dean Bryant
   Office of the Securities Commissioner
   August 2, 2005
   Scott Schultz, Associate General Counsel    785-296-5215
   High Yield Investment Program Fraud
   Criminal Trial, Johnson County
   Jury Conviction

2. U.S. v Janet Mavis Marcusse
   Western District of Michigan
   July 26, 2004
   Thomas J. Gezon, AUSA      616-456-2404
   High Yield Investment Program Fraud
   Grand Jury and Hearing Testimony
   May 19, 2005
   Trial Testimony
   3 defendants pleaded guilty during the trial
   5 defendants were convicted

3. U.S. v Milo I. Worthing
   Western District of Missouri, Kansas City
   June 8, 2004
   Linda Marshall, AUSA      816-426-4230
   High Yield Investment Program Fraud
   Jury Conviction.

4. OKOKRIM v August Christian Wilhelm Mohr
   Appellate Trial, Oslo, Norway
   June 2, 2004
   Arnt Angell, Chief Public Prosecutor      47 23 29 10 48
   High Yield Investment Program Fraud
   Appellate Trial conviction.

5. U.S. v Antonius Heijen
   District of South Carolina, Anderson Division
   December 9, 2003
   David Stephens, AUSA      864-282-2100
   High Yield Investment Program Fraud
   Jury Conviction.

6.      U.S. v Stephen M. Feldman/Johnny Tal/Nathan Bickley/Jerry J. Tidmore
        District of Colorado, Denver
        November 4, 2003
        Craig Williams, AUSA        303-454-0323
        Federal Reserve Note/Bond matter
        Defendants acquitted by Judge on defense motion to dismiss.

7.      SEC v Steven E. Thorn, et al.
        Columbus, Ohio
        October 14, 2003
        John E. Birkenheier, Senior Trial Counsel    312-886-3947
        High Yield Investment Program Fraud
        Deposition only; SEC Motion for Summary Judgment granted.

8.      U.S. v Thomas R. Patterson/Pamela Weeks Clark
        District of South Carolina, Greenville
        September 8, 2003
        David Stephens, AUSA        864-282-2100
        High Yield Investment Program Fraud
        Jury Conviction.

9.      R v Halksworth & Slamaj
        Crown Court, Snaresbrook, England
        July 14, 2003
        Paul Wheatley, City of London Police        44 207 601 2517
        Federal Reserve Note/Bond matter
        Jury Conviction.

10.     State of Minnesota v Michael Andrew Edwards
        County of Hennepin, Minneapolis, MN
        January 31, 2003
        Tom Weist, Prosecutor        612-348-5528
        High Yield Investment Program Fraud
        Jury Conviction.

11.     OKOKRIM v August Christian Wilhelm Mohr
        Oslo, Norway
        September 24, 2001
        Arnt Angell, Chief Public Prosecutor        47 23 29 10 48
        High Yield Investment Program Fraud
        Convicted by a panel of Judges.

12.   North Dakota Securities Commissioner v Frederick Wayne Keiser, Jr. et al
      Minot, North Dakota
      June 19, 2001
      Matthew Bahrenburg, Attorney        701-328-4701
      High Yield Investment Program Fraud
      Declaration only; case settled October 1, 2001.