# EXHIBIT

# 11



U.S. Department of Justice

*United States Attorney*
*Western District of New York*

620 Federal Building  (585) 263-6760
100 State Street  FAX(585) 263-6226
Rochester, New York 14614

September 18, 2006

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street
Suite 711
Rochester, NY 14614

Fred S. Gallina, Esq.
Gallina Law Offices
One Main Street, East
Suite 100
Rochester, NY 14614-1807

Mark D. Hosken, Esq.
Federal Public Defender
28 East Main Street
Suite 400
Rochester, NY 14614

James P. Vacca, Esq.
One East Main Street
Rochester, NY 14614

Re:  **United States v. Violette Eldridge et. al.**
     **06-CR-6116CJS**

Dear Counsel:

    Pursuant to Federal Rules of Criminal Procedure Rule 16(a)(1)(G), the government is providing copies of the Expert Report of FBI Special Agent Jeffrey P. Kassouf who will testify in the areas of asset tracing and money laundering. Kassouf's report lists his qualifications, describes the materials examined, summarizes the nature of his testimony, and provides the bases and reasons for his opinions.

You were previously provided with copies of the expert report of Leonard A. Zawistowski, Jr., the government's expert on fraudulent High Yield Investment Programs. Zawistowski's report lists his qualifications, describes the materials examined, summarizes the nature of his testimony, and provides the bases and reasons for his opinions.

All of the underlying factual data utilized by the above experts in performing their analysis is and has been available for your examination during discovery.

The government has provided access to all of its discoverable material since September of 2005. Access to counsel has been on an ongoing basis through FBI Special Agent Jeffrey Kassouf who can be reached at telephone number 585-454-0618. Additionally, the government has obtained copies of SEC documents that were earlier available but returned to the SEC and has notified counsel of their current availability as indicated in our letter of August 30, 2006.

The government hereby requests reciprocal discovery under Federal Rules of Criminal Procedure, Rule 16 (b)(1)(A) of any documents and objects within the defendants possession, custody or control which they intend to enter in their case in chief. Additionally, the government requests reciprocal discovery under Federal Rules of Criminal Procedure, Rule 16 (b)(1)(C) and therefor requests a summary of the anticipated testimony of any expert witness including a copy of any corresponding expert report.

Please advise Special Agent Kassouf at the above telephone number when it would be convenient to view and copy any discoverable materials. If you have any questions concerning this request please contact me at telephone number 202-514-0660. Thank you for your continued consideration.

Very truly yours,

William H. Bowne, III
Trial Attorney

WHB/ams
Enclosure: Expert Report of Jeffrey P. Kassouf
pc: Richard A. Resnick