**Exhibit G**

## AFFIDAVIT OF STEVEN R. ROMINES

Comes the Affiant, Attorney Steven R. Romines, and after being duly sworn states as follows:

1. I am presently representing Katherine Crase in the case of <u>United States v. Crase</u> in the Southern District of Florida, Palm Beach, Case No. 07-80123-CR-Marra.

2. I have been advised by Attorney Maurice Verrillo that he intends to call Ms. Crase as a defense witness of <u>United States v. Violette Gail Eldridge</u> in United States District Court in the Western District of New York, Case No. 05-CR-6116-CJS.

3. Ms. Crase has a pending indictment in which the Defendant, Ms. Eldridge, is a co-defendant and alleged co-conspirator.

4. Ms. Crase is being prosecuted by the same United States Attorneys and the Government agents who operated the sting against her are also witnesses in the case herein.

5. Counsel has advised Ms. Crase that she should assert her 5th Amendment privilege to any questions put to her in the trial of this action.

Further, the Affiant sayeth naught.

_____
STEVEN R. ROMINES

STATE OF KENTUCKY    )
                     )
COUNTY OF JEFFERSON  )

Subscribed and sworn to before me by Steven R. Romines this the 26th day of September, 2007.

My commission expires: August 19, 2010.

_____
NOTARY PUBLIC, STATE AT LARGE, KY

(SEAL)