

U.S. Department of Justice
United States Attorney
Western District of New York

100 State Street.
Rochester, New York 14614
(585) 263-6760, ext. 2249
Fax (585) 263-6420

January 14, 2008

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street
Suite 711
Rochester, NY 14614

Re:  **United States v. Violette Eldridge et. al.**
     **06-CR-6116CJS**

Dear Numb Nuts:

Pursuant to the Court's request, we are enclosing a DVD video recording of events being investigated/prosecuted by the Southern District of Florida that occurred on May 7, 2003, involving your client, Violette Gail Eldridge. This recording is identified as "Tape 47".

We have also enclosed five cassette tapes which were recorded on or about the dates appearing below, as part of an FBI investigation.
- March 23, 2001
- April 25, 2001
- May 21, 2001
- May 30, 2001 (two tapes)

If you have any questions concerning this material please contact Bradley Tyler at 585-263-6760 or William Bowne at 202-514-0660.

                Very truly yours,

                William H. Bowne, III
                Trial Attorney

                Bradley E. Tyler
                Assistant U.S. Attorney

WHB
Enclosures