## Sonya Verrillo

| | | | |
|---|---|---|---|
| **From:** | Tyler, Bradley E. (USANYW) [Bradley.E.Tyler@usdoj.gov] | **Sent:** | Thu 1/17/2008 12:00 PM |
| **To:** | mjvlaw@frontiernet.net | | |
| **Cc:** | Bowne, William | | |
| **Subject:** | Eldridge, et al. | | |
| **Attachments:** | | | |

Maurice

    I have been calling over the past two days to convey my apologies for your receiving the letter, dated January 14. The version you received had been forwarded by me to Bill Bowne as a practical joke on Bill. Unfortunately, Bill did not see the salutation, and forwarded the letter on to you. That version of the letter was never intended for you.

    As long as you and I have worked on cases together, I have held you in the highest regard as a person, and as a lawyer, sincerely dedicated to his clients.

Again, my apologies

Brad Tyler

## Sonya Verrillo

| | | | |
|---|---|---|---|
| **From:** | Tyler, Bradley E. (USANYW) [Bradley.E.Tyler@usdoj.gov] | **Sent:** | Thu 1/17/2008 12:00 PM |
| **To:** | mjvlaw@frontiernet.net | | |
| **Cc:** | Bowne, William | | |
| **Subject:** | Eldridge, et al. | | |
| **Attachments:** | | | |

Maurice

    I have been calling over the past two days to convey my apologies for your receiving the letter, dated January 14. The version you received had been forwarded by me to Bill Bowne as a practical joke on Bill. Unfortunately, Bill did not see the salutation, and forwarded the letter on to you. That version of the letter was never intended for you.