## Maurice Verrillo

| | |
|---|---|
| **From:** | Bowne, William [William.Bowne2@usdoj.gov] |
| **Sent:** | Thursday, January 17, 2008 11:42 AM |
| **To:** | Maurice Verrillo |
| **Subject:** | Apology |

Maurice,

I wanted to apologize for the unfortunate and unprofessional correspondence you recently received. I noticed a formatting and font change when I received the "reviewed copy" but did not realize that the salutation had been changed. I was anxious to send you the materials as soon as possible and merely printed and signed the transmittal letter. I am embarrassed that the incident occurred and wanted to clearly indicate that I would never have intentionally sent such correspondence. Please accept my sincere apology.

William Bowne

1/17/2008