

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*620 Federal Building*          (585) 263-6760
*100 State Street*              FAX(585) 263-6226
*Rochester, New York 14614*     bradley.e.tyler@usdoj.gov


January 22, 2008


Maurice J. Verrillo, Esq.
One E. Main Street, Suite 711
Rochester, NY  14614

    RE:  **United States v. Violette Eldridge, et al.**
         **06-CR-6116CJS**

Dear Mr. Verrillo:

    I have enclosed the more appropriate letter of January 14, 2008.  Again our apologies for the prior missive.

                Very truly yours,

                TERRANCE P. FLYNN
                United States Attorney

By:  BRADLEY E. TYLER
     Assistant United States Attorney

BET:bjp
Enclosure
cc:  William H. Bowne, III



**U.S. Department of Justice**
*United States Attorney*
*Western District of New York*

---

*100 State Street*
*Rochester, New York 14614*
*(585) 263-6760, ext. 2249*
*Fax (585) 263-6420*

January 14, 2008

Maurice J. Verrillo, Esq.
Law Office of Maurice J. Verrillo
One East Main Street
Suite 711
Rochester, NY 14614

Re: **United States v. Violette Eldridge et. al.**
    **06-CR-6116CJS**

Dear Mr. Verrillo:

Pursuant to the Court's request, we are enclosing a DVD video recording of events being investigated/prosecuted by the Southern District of Florida that occurred on May 7, 2003, involving your client, Violette Gail Eldridge. This recording is identified as "Tape 47".

We have also enclosed five cassette tapes which were recorded on or about the dates appearing below, as part of an FBI investigation.
- March 23, 2001
- April 25, 2001
- May 21, 2001
- May 30, 2001 (two tapes)

If you have any questions concerning this material please contact Bradley Tyler at 585-263-6760 or William Bowne at 202-514-0660.

Very truly yours,

*William H. Bowne by BET*

William H. Bowne, III
Trial Attorney

*Bradley E. Tyler*

Bradley E. Tyler
Assistant U.S. Attorney

WHB
Enclosures