**David A. Urban, CPA, MBA**
*7043 Marigold Drive*
*Wheatfield, New York 14120*

| | |
|---|---|
| **Current Firm:** | Chiampou Travis Besaw & Kershner LLP<br>45 Bryant Woods North<br>Amherst, NY 14228<br>(716) 630-2400<br>durban@chiampou.com |
| **Position:** | Senior Manager |
| **Former Employment:** | Formerly employed as Senior Manager with the firms of Tronconi Segarra & Associates (2005 - 2007) and Lumsden & McCormick, LLP (1995-2005) |
| **Professional:** | Certified Public Accountant, State of New York |
| **Education:** | MBA-Finance & BBA - Accounting, Niagara University |
| **Professional Affiliations:** | Member - American Institute of Certified Public Accountants (AICPA)<br><br>Member - New York State Society of Certified Public Accountants (NYSSCPA)<br><br>Finance Committee Member- Community Services for the Developmentally Disabled (2006-current)<br><br>Treasurer/Board Member- Alzheimer's Association of Western New York (2000-2006)<br><br>Member/Finance Officer- United States Coast Guard Auxiliary (2003-2005)<br><br>Campaign Coordinator- United Way of Buffalo & Erie County (2000-2005) |
| **Lecture Experience:** | Recent lectures provided for:<br><br>September 23, 2007 – Organizational Fraud<br><br>September 23, 2007- The New Internal Control Standards<br><br>June 9, 2004 – Not-For-Profit Accounting and Financial Statement Considerations, New York State Bar Association<br><br>Various technical education courses for firm personnel |