
**Robert J. Travis, CPA**
*590 Park Lane*
*Lewiston, New York 14092*

| | |
|---|---|
| **Current Firm:** | Chiampou Travis Besaw & Kershner LLP<br>45 Bryant Woods North<br>Amherst, NY 14228<br>(716) 630-2400<br>btravis@chiampou.com |
| **Position:** | Partner |
| **Former Employment:** | Formerly employed as an Audit Partner with the firm of Deloitte & Touche (1977 - 1994) |
| **Professional:** | Certified Public Accountant, State of New York |
| **Education:** | BBA - Accounting, Niagara University |
| **Professional Affiliations:** | Member - American Institute of Certified Public Accountants (AICPA)<br><br>Member - New York State Society of Certified Public Accountants (NYSSCPA)<br><br>Board of Trustees- Mt. St. Mary's Hospital (2007-current)<br><br>Treasurer/Board Member- Buffalo Sabres Alumni Association (2000-current)<br><br>Board Member- Niagara Falls Boy's & Girl's Club (1993-current)<br><br>President/Board Member- Niagara Falls Country Club (2001-2007) |
| **Lecture Experience:** | Speaker - National Association of Chapter 13 Trustees - 2001<br><br>Instructor National Training - Deloitte & Touche<br><br>Various technical education courses for firm personnel |
| **Previous Litigation Experience:** | Provided expert services in anticipation of litigation and/or during litigation in the following cases:<br><br>People v. Michael William Gerrity<br>Detroit Coke Corporation v. US Steel<br>Corson Manufacturing Company<br>Promedicus Health Group<br>Amherst Orthopedics Association |