UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -vs-                              **NOTICE OF MOTION**
                                            05-CR-6116-CJS

VIOLETTE GAIL ELDRIDGE
a/k/a GAIL VIOLETTE ELDRIDGE,
MELVIN RAY LYTTLE,
PAUL E. KNIGHT,
and JOHN L. MONTANA, JR.
                                Defendants.

**PLEASE TAKE NOTICE**, that upon the Attorney Affidavit of Maurice J. Verrillo, Esq., attorney for the defendant, Violet Gail Eldridge, herein referred to as "Mrs. Eldridge", and upon all the prior papers and proceedings had herein, the defendant will move this Court, before the Hon. Charles J. Siragusa, at the United States Courthouse of the Western District of New York, 100 State Street, Rochester, New York 14614, on August 6, 2008 at 2:30 p.m., or as soon thereafter as counsel can be heard for an Order pursuant to Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure and in accordance with the United States Supreme Court decision entitled **United States v. Santos,** decided June 2, 2008 dismissing Counts X,XI, XII, and XIII of the Indictment alleging money laundering against the defendant Mrs. Eldridge and for such other and further relief as may be just and proper.

Dated: June 23, 2008                     Yours etc.,

                                          /s/ Maurice Verrillo
                                          MAURICE J. VERRILLO, ESQ.
                                          LAW OFFICES OF MAURICE J. VERRILLO, P.C.
                                          Attorney for the Defendant Violet Gail Eldridge
                                          One E. Main Street, Suite 711
                                          Rochester, New York 14614
                                          (585) 232-2640

**LAW OFFICES OF
MAURICE J. VERRILLO, P.C.**

**ONE EAST MAIN STREET
SUITE 711
ROCHESTER, NY 14614**

**TEL: (585) 232-2640**