UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                          Case No. 05-CR-6116 CJS

vs.

GAIL ELDRIDGE, et al.                             **CERTIFICATE OF SERVICE**

I hereby certify that on, June 23, 2008, I electronically filed the enclosed Motion to Dismiss Indictment with the Clerk of the District Court using the CM/ECF System, which sent notification of such filing to the following:

- William H. Bowne, Assistant US Attorney, 620 Federal Building, 100 State Street, Rochester, NY 14614
- Christopher Ciaccio, 30 W Broad Street, Suite 400, Rochester, NY 14614
- Scott A. Garretson, 19 W Main Street, Suite 1018, Rochester, NY 14614
- Mark D. Hosken, 28 E Main Street, Suite 400, Rochester, NY 14614
- Richard A. Resnick, Assistant US Attorney, 620 Federal Building, 100 State Street, Rochester, NY 14614
- Bradley E. Tyler, Assistant US Attorney, 620 Federal Building, 100 State Street, Rochester, NY 14614
- James P. Vacca, 1 East Main Street, Suite 805, Rochester, NY 14614
-

And I hereby certify that I have mailed by the US Postal Service the document to the following non-CM/ECF participants:

- Judge Charles J. Siragusa, US District Court, WDNY, 100 State Street, Rochester, NY 14614 (Chambers Copy)

Under the penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 23, 2008                    /s/ Sonya E. Verrillo
                                        Sonya Verrillo, Office Manager
                                        LAW OFFICE OF MAURICE J. VERRILLO, P.C.
                                        One East Main Street, Suite 711
                                        Rochester, NY 14614
                                        (585) 232-2640