Ex C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
APR 27 2007
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) Case Number: ) 1:03-CV-1513-SEB-JMS |
| Plaintiff, | ) |
| vs. | ) ) Judge Sarah Evans Barker ) Mag. Judge Jane Magnus-Stinson |
| JOHN L. MONTANA, JR., MELVIN R. LYTTLE, PAUL E. KNIGHT, WORLDWIDE T&P, INC., FIRST NATIONAL EQUITY, LLC, and P.K. TRUST & HOLDING, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S EXHIBIT LIST FOR THE APRIL 27, 2007
EVIDENTIARY HEARING AND ORAL ARGUMENT**

Plaintiff, the United States Securities and Exchange Commission ("Commission") hereby presents the Court with the following list of exhibits it plans to use at the April 27, 2007 evidentiary hearing:[1]

Exhibit 1: Declarations of Matthew Harris ("Harris"), with supporting exhibits, dated February 9, 2007 and June 28, 2005;

Exhibit 2: Revised Exhibits A, B, G and H to Harris' June 28, 2005 Declaration; and

Exhibit 3: Various documents, including: (1) bank, brokerage and other records used by Harris in preparation of his Declarations; (2) Rule 902 Declarations from various bank and brokerage firms certifying that records produced to the Commission are business records; and (3) transcript excerpts from the investigative testimonies and depositions of Defendant Melvin R. Lyttle and Defendant Paul E. Knight.

---

[1] With the exception of Exhibit 2 above, all of these materials were submitted along with the Commission's Prehearing Brief on Remedies, filed on February 12, 2007

Aug 08 08 10:29a    813-425-6938    p.5
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 2 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218   Filed 02/12/2007   Page 1 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN L. MONTANA, JR., <br> MELVIN R. LYTTLE, <br> PAUL E. KNIGHT, <br> WORLDWIDE T&P, INC., <br> FIRST NATIONAL EQUITY, LLC, and <br> P.K. TRUST & HOLDING, INC., <br><br> Defendants. | Case Number: <br> 1:03-CV-1513-SEB-JMS <br><br><br> Judge Sarah Evans Barker <br> Mag. Judge Jane Magnus-Stinson |

## ATTACHMENTS IN SUPPORT OF PLAINTIFF'S PREHEARING BRIEF ON REMEDIES

Plaintiff, United States Securities and Exchange Commission ("Commission"), submits the following attachments in support of its prehearing brief on remedies, more specifically as follows:

1. Declaration of Matthew Harris, with exhibits 1-3;

2. Declaration of Self-Authentication of Business Records from Texas Capital Bank, N.A.;

3. Wire transfers from investors into Texas Capital Bank;

4. Wire transfers from Texas Capital Bank to Donaldson Lufkin & Jenrette ("DLJ");

5. Wire transfers from investors into Chase Texas Bank and Cashier's Checks issued to First National Equity ("FNE") from Chase Texas Bank;

6. Declaration of Self-Authentication of Business Records from J.P. Morgan Chase Bank;

7. Wire transfers from investors into DLJ;

Aug 08 09 10:29a                                           813-425-6938           p.6
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 3 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218   Filed 02/12/2007   Page 2 of 8

8. Wire transfer in the amount of $300,000 wired from Texas Capital Bank to Comer Ertel & Day, Attorneys at Law Trust Account;

9. Check drawn on FNE's Texas Capital account to Andrew Hudson in the amount of $30,000;

10. Check drawn on FNE's Texas Capital account to Lincoln Mercury Florence in the amount of $22,386.39;

11. Check drawn on FNE's Texas Capital account to Comer, Day & Ertel Trust Account in the amount of $100,000;

12. Check drawn on FNE's Texas Capital account to Melvin Lyttle in the amount of $15,000;

13. Domestic wire transfer request in the amount of $300,000 from FNE's Texas Capital account to People's Federal Savings, dated September 22, 1999;

14. Wire transfer of $1,000,000 from FNE's Texas Capital account to Budapest, Hungary, dated October 21, 1999;

15. Incoming wire into FNE's account at ABN-AMRO in the amount of $1,000,000, dated October 21, 1999;

16. Wire transfer of $215,000 from FNE's Texas Capital account to an account at Farmers Bank in the name of Dubois Grain, dated April 4, 2000;

17. Check drawn on FNE's Texas Capital account to Industrial Hardwoods in the amount of $7,000, dated November 10, 2000;

18. Wire transfer of $100,000 from FNE's Texas Capital account to an account at Fifth Third Bank in the name of Industrial Hardwoods, dated June 15, 2000;

19. Wire transfer of $15,000 from FNE's Texas Capital account to an account at Fifth

Third Bank in the name of Industrial Hardwoods, dated July 20, 2000;

20. Wire transfer of $15,000 from FNE's Texas Capital account to an account at Fifth Third Bank in the name of Industrial Hardwoods, dated July 27, 2000;

21. Declaration of Self-Authentication of Business Records from ABN-AMRO;

22. Wire transfer of $100,000 from FNE's ABN-AMRO account to an account at Farmers Bank in the name of Dubois Grain, dated November 10, 1999;

23. Wire transfer of $225,000 from FNE's ABN-AMRO account to the Comer, Day Ertel Trust Account, dated November 10, 1999;

24. Wire transfer of $100,000 from FNE's ABN-AMRO account to a Fifth Third Bank account in the name of R. Jill Lyttle, dated November 23, 1999;

25. Wire transfer of $100,000 from FNE's ABN-AMRO account to an account at People's Federal Savings Bank in the name of Melvin and Suzan Lyttle, dated November 23, 1999;

26. Wire transfer of $50,000 from FNE's ABN-AMRO account to an account at Farmers Bank in the name of Dubois Grain, dated December 10, 1999;

27. Wire transfer of $546,487.87 from FNE's ABN-AMRO account to an account at People's Federal Savings Bank in the name of Melvin and Suzan Lyttle, dated January 7, 2000;

28. Declaration of Self-Authentication of Business Records from Fifth Third Bank;

29. December 1, 1999 wire transfer request for 1,750,000 from Melvin Lyttle to Violet Gail Eldridge;

30. December 3, 1999, deposit slip reflecting deposit of $1,750,000 into a Fifth Third Bank account in the name of Industrial Hardwoods from DLJ;

[Handwritten annotations in margins: "$1,121,487.87"; "See accounts were held 00437"; "* $871,487.87 of $1million sent to Budapest was traced back to U.S. via subpoenas of the receiving parties — lack of 3rd party validation regarding need for extension of statute"]

Aug 08 08 10:30a                                     813-425-6938            p.8
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 5 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218   Filed 02/12/2007   Page 4 of 8

31. March 28, 2000 wire transfer request for $1,300,000 from Melvin Lyttle to Violet Gail Eldridge;

32. March 29, 2000, deposit slip reflecting deposit of $1,300,000 into a Fifth Third Bank account in the name of Industrial Hardwoods from DLJ;

33. Declaration of Self-Authentication of Business Records from People's Federal Savings Bank; *only outgoing one shown, not incoming from ABN-AMRO*

34. Wire transfers and checks for Lyttle's account at People's Federal Savings Bank;

35. Cash withdrawal slips and cashier's checks from Lyttle's account at People's Federal Savings Bank;

36. January 24, 2000 wire transfer request for $2,000,000 from Melvin Lyttle to Violet Gail Eldridge;

37. Exhibit 29 from the Commission's investigation, Comer Day & Ertel Trust Account Accounting;

38. Contract for purchase by the BERJ Trust of property adjoining Nine West Factory;

39. Contract for purchase by the BERJ Trust of Nine West Factory in Osgood, Indiana;

40. Contract for purchase by Suzan Lyttle of 703 Ridge Avenue in Greendale, Indiana;

41. Contract for purchase by Suzan Lyttle of 705 Ridge Avenue in Lawrenceburg, Indiana;

42. Contract for purchase by Suzan Lyttle of 20 Tebbs Avenue in Lawrenceburg, Indiana;

43. Contract for purchase by the BERJ Trust of Industrial Hardwoods Factory in Greendale, Indiana;

44. Check drawn on Neil Comer Trust Account at Ripley County Bank made payable to Industrial Hardwoods in the amount of $750,000, dated January 31, 2000;

45. Check drawn on Comer Day & Ertel Trust Account at Ripley County Bank made payable to Industrial Hardwoods in the amount of $175,000, dated February 11, 2000;

46. Declaration of Self-Authentication of Business Records from Tennessee State Bank;

47. Incoming wire transfers to Paul Knight's account at Tennessee State Bank from Melvin Lyttle's account at People's Federal Savings;

48. Incoming wire transfers to Michael Bach's attorney trust account at Chase Bank from DLJ;

49. Declaration of Self-Authentication of Business Records from J.P. Morgan Chase Bank, N.A.;

50. Incoming wire transfer in the amount of $199,995 to Paul Knight's account at Tennessee State Bank from Michael Bach's account at Chase;

51. Incoming wire transfer in the amount of $11,495 to Paul Knight's account at Tennessee State Bank from R. Jill Lyttle;

52. Incoming wire transfer in the amount of $11,995 to Paul Knight's account at Tennessee State Bank from the Comer Day & Ertel trust account;

53. Incoming wire transfer in the amount of $24,995 to Paul Knight's account at Tennessee State Bank from Michael Bach's account at Citibank;

Aug 08 08 10:30a                    813-425-6938                    p.10
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 7 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218   Filed 02/12/2007   Page 6 of 8

54. October 3, 2000 letter from Paul Knight to UTA-BVI requesting that $25,000 be sent to Knight's bank account at Tennessee State Bank;

55. Source of funds declaration by Paul E. Knight;

56. Wire transfer of $2.5 million from Michael Bach's account at Chase to account of Michael Fine at The Huntington National Bank;

57. December 11, 2000, letter from Paul Knight to Michael Fine requesting that $100,000 be transferred to Knight's bank account at Tennessee State Bank;

58. Incoming wire transfer of $99,995 to Paul Knight's account at Tennessee State Bank from Shining Seas International;

59. Draft accounting provided by Michael Fine pursuant to subpoena in the Commission's underlying investigation;

60. Incoming wire transfers from Lyttle to Knight's account at Tennessee State Bank;

61. Checks from Paul Knight's account at Tennessee State Bank;

62. Investigative Testimony of Neil Comer, pages 7, 30-33;

63. Investigative Testimony of Melvin R. Lyttle dated May 10, 2001, pages 37-39, 64-70;

64. Investigative Testimony of Melvin R. Lyttle dated June 20, 2001, pages 170-171, 178-179, 182-183, 207-209, 212-218, 220-224;

65. Deposition of Melvin R. Lyttle, pages 28, 30-46;

66. Deposition of Paul E. Knight, pages 31-37, 41-48.

Respectfully submitted,

/s/ Jason A. Yonan

Aug 08 08 10:31a 813-425-6938 p.11
Case 6:05-cr-06116-CJS Document 256-4 Filed 09/11/08 Page 8 of 13
Case 1:03-cv-01315-SEB-JMS Document 218-1372 Filed 02/12/2007 Page 2 of 3



Aug 08 08 10:31a   813-425-6938   p.12
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 9 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218-15   Filed 02/12/2007   Page 3 of 3



TCB00037

Aug 08 08 10:31a                                                                 813-425-6938                    P.13
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 10 of 13
02/oFEB.12.2007 2:32PM  ABN AMRO NY LEGAL DEPT.           NO. 2498   P. 102/002
Case 1:03-cv-01513-SEB-JMS   Document 218-22   Filed 02/12/2007   Page 2 of 2

ABN AMRO NY LEGAL DEPT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN L. MONTANA, JR.,<br>MELVIN R. LYTTLE,<br>PAUL E. KNIGHT,<br>WORLDWIDE T&P, INC.,<br>FIRST NATIONAL EQUITY, LLC, and<br>P.K. TRUST & HOLDING, INC.,<br><br>Defendants. | Case Number:<br>1:03-CV-1513-SEB-JMS<br><br>Judge Sarah Evans Barker<br>Mag. Judge Jane Magnus-Stinson |

## DECLARATION OF ABN AMRO BANK N.V. CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Patricia McElveen, pursuant to 28 U.S.C. § 1746 and Rule 902 of the Federal Rules of Evidence, declare that:

1. I am employed by ABN AMRO Bank N.V. as Senior Paralegal and by reason of my position am authorized and qualified to make this declaration.

2. I further certify that the documents previously submitted by ABN AMRO on June 24, 2005, numbered pages 1 through 7, are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2007

Aug 08 08 10:31a          813-425-6938          p.14

Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 11 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218-16   Filed 02/12/2007   Page 2 of 2



TRANSFERRED
B/M.Illion

Branch NY

**Beneficiary**
CustId
Name
Account
Address                00004793          FIRST NATIONAL EQUITY LTD
City
State
Zip
Country

**ByOrder**
CustId
Name
Account
Address          FIRST NATIONAL EQUITY LTD     502 5TH ST
                 AURORA IN
City
State
Zip
Country

**Beneficiary Bank**
CustId
Name
BankID
Account
Address   ABN AMRO (MAGYAR BANK RT)   BUDAPEST HUNGARY
City
State
Zip
Country

**ByOrder Bank**
CustId
Name
BankID
Account
Address
City
State
Zip
Country

**Intermediary 1**
CustId
Name
BankID
Account  F02B009550
Address
City
State
Zip
Country

**Intermediary 2**
CustId
Name
BankID
Account
Address
City
State
Zip
Country

**Intermediary 3**
CustId
Name
BankID
Account
Address
City
State
Zip
Country

**Intermediary 4**
CustId
Name
BankID
Account
Address
City
State
Zip
Country

Wednesday, June 22, 2005                                Page 1 of 7

Aug 08 08 10:32a                          813-425-6938                    p.15
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 12 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218-23   Filed 02/12/2007   Page 2 of 2

| Beneficiary | | ByOrder | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| Account | [redacted]055 | Account | |
| Address | DUBOIS GRAIN | Address | FIRST NATIONAL EQUITY LTD   POBOX 007 802 FIFTH STREET   AURORA INDIANA 47001-0007 USA |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

| Beneficiary Bank | | ByOrder Bank | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| BankID | | BankID | |
| Account | | Account | [redacted]475641 |
| Address | | Address | ABN AMRO (MAGYAR) BANK RT   CORRESPONDENT BANKING   JOZSEF ATTILA UTCA 8   1051 BUDAPEST. |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

| Intermediary 1 | | Intermediary 2 | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| BankID | | BankID | |
| Account | F101100113 | Account | |
| Address | EXCHANGE NATIONAL BANK | Address | |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

| Intermediary 3 | | Intermediary 4 | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| BankID | | BankID | |
| Account | | Account | |
| Address | | Address | |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

Wednesday, June 22, 2006                                            Page 2 of 7

Aug 08 08 10:33a                                                            813-425-6938           p.16
Case 6:05-cr-06116-CJS   Document 256-4   Filed 09/11/08   Page 13 of 13
Case 1:03-cv-01513-SEB-JMS   Document 218-25   Filed 02/12/2007   Page 2 of 2

| Beneficiary | | ByOrder | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| Account | ●●●●01470 | Account | |
| Address | R JILL LYTTLE | Address | FIRST NATIONAL EQUITY LTD   POBOX 007 502 FIFTH STREET   AURORA INDIANA 47001-0007 USA |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

| Beneficiary Bank | | ByOrder Bank | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| BankID | | BankID | |
| Account | | Account | ●●●●3479841 |
| Address | | Address | ABN AMRO (MAGYAR) BANK RT   CORRESPONDENT BANKING   JOZSEF ATTILA UTCA 8   1051 BUDAPEST. |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

| Intermediary 1 | | Intermediary 2 | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| BankID | | BankID | |
| Account | F042000314 | Account | |
| Address | THE FIFTH THIRD BANK, CI | Address | |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

| Intermediary 3 | | Intermediary 4 | |
|---|---|---|---|
| CustId | | CustId | |
| Name | | Name | |
| BankID | | BankID | |
| Account | | Account | |
| Address | | Address | |
| City | | City | |
| State | | State | |
| Zip | | Zip | |
| Country | | Country | |

Wednesday, June 22, 2005                                                                   Page 6 of 7