

# AFFIDAVIT

Ex D

OSLO
NORWAY

I, Christer de Saram Larssen., of Oslo, Norway, citizen of Norway with passport number 26658491, being duly sworn on my oath state:

1. In mid 1998 I was working as an Observer in the Temporary International Presence in Hebron. This is an organization consisting of five nations created by Israel and Palestinian authorities to assist, observe and report on the implementation of the Oslo Agreement. I was contacted by Lars Andresen regarding an operation in the US where there was need for a security team. I was to work for a George Bevre and the object was Gail Eldridge, head of a Native American organization. I was led to believe that this was a covert operation and that the US Government via George Bevre sanctioned it. I was later to learn that Lars Andersen had been led to believe that same by George Bevre. I did not discuss details of the operation at this time, but acted on the word of Lars Andresen, which I had worked with in Somalia, and that I knew and trusted. I was further led to believe that I would be utilized for so called 'Wet Jobs' i.e. sanctioned assassinations and that this would be done on behalf of the US and Israeli government.
2. I was assured that all operations of the team was sanctioned and that I would work for George Bevre who was the agency contractor for this operation.
3. I then arrived in Atlanta and was picked up at the airport and driven to a Hotel where George Bevre met me. He did not give a good first impression as he appeared in a black suit, gold chains and driving a Corvette - to high profile!
4. I was then led up to a hotel room where I met two other team members and also had a short meeting with Madam Gail Eldridge, which was being held in the next room in a secure manner.
5. Lars Andersen was not present at the time and I received a short briefing by Bevre and was told that I would stay in his house and go for dinner later on that evening. During that dinner I was fully briefed on the operation. I was to be a part of a US Government sanctioned team of security specialists. Our role would be to secure Gail Eldridge her family, any information regarding any banking activity involving a new banking structure, control all meeting activity and movement and also be available to conduct targeted US Government sanctioned assassinations. My controller would be George Bevre - Bevre then continued to speak of highly classified operations that he had been part of and people that he had worked with.
6. At this point I had no reason to believe that the operation was not real. It is also not uncommon in the contract world to utilize citizens from friendly countries in these kinds of operations - especially operations within US territory.
7. My chain command; immediate was Team Leader Lars Andersen, controller George Bevre (head of operations). This means that Bevre could give direct orders to me without the knowledge of any other if necessary. Gail Eldridge had no authority - as a matter of fact we where to secure and control her to obtain information and contacts. This was part of the assignment.



8. I consider myself as a Security Expert. I have worked in close protection for Admiral Jonathan Howe in Somalia and with the Norwegian Government and Royal Family. As the assignment became clearer I increasingly questioned the rationale behind Bevres assertions and assessment of the risk to Eldridge. I understood that Bevre inflated the security risk in order to control Eldridge and her movement. At this time I had no problems with this, this is not uncommon practice in order to control movement and to gain access to information and contacts.

9. Other members of the team included Lars Andersen former Spes Ops, Lebanon, Desert Storm, Somalia; Kjell Michelsen Spes Ops Lebanon, Kosovo, Somalia; Rune (insert last name) Professional Soldier, Lebanon, Kosovo, Desert Storm, Somalia; (insert name) Security Specialist, UN head of Security, East Africa.

10. The team carried an assortment of weapons – all team members carried 9mm or 40cal pistol, during stationary we also had sniper rifles and shot guns, and a variety of back up weapons (concealed).

11. Contracts were never formalized and I received some payment, which varied from 3000USD to 5000USD per month over a period of 2 months. In addition 2 vehicles (Tahoe) was leased. Bevre instructed Eldridge that he would pay for these vehicles while Eldridge had to sign on the lease. Bevre could no sign apparently because of some credit problems or other issue.

12. We where also instructed to obtain and control all firearms owned by Eldridge. We conducted search of her home and office premises in order to secure this instruction by Bevre.

13. Bevre continued to represent that he had headed or operated in several government operations. These operations started to take an unrealistic dimension and I became more and more suspicious regarding Bevres intentions and background. I voiced these concerns with Lars Andersen and he shared these same concerns. Bevre would as an example state that he had direct contact with extra-terrestrial beings and he had been trained by these ETs in black martial arts and a number of other assertions that made me place doubts on his credibility.

14. At one point Bevre approached me and strongly indicated that we should consider assassinating Eldridge husband because he was a serious security threat. At this time I decided to approach Eldridge directly and did so with Lars Andersen. We stated what instructions Bevre had given and Eldridge stated that she felt that Bevre had used the security team, lied to us, and misrepresented his position. There was no way for me to confirm Bevres or Eldridge stories, but it became clear to me that Bevre had become increasingly unstable and unpredictable. Bevre would state that he could protect the security team under any circumstances even if it came to assassinating officers of the law, or any other activity that would be deemed criminal – this sent a strong signal to me that I was not dealing with a person that could be trusted and that Bevre was mentally disturbed.

15. I started approaching Eldridge more and more frequently and it became clear to me that she was held against her will, that she had experience and knowledge of security and threat assessments and that she the so-called security protection of her looked more like a kidnapping than securing her person.

16. After assessing Eldridge and Bevre based on new information and Bevres behavior we understood and myself approached Bevre and informed him that we would break all association with Bevre and that we would be at Eldridge disposal to ensure that no harm came to her or her family. We than stated to Bevre that we would consider any actions against Eldridge or her family in the context of our new domain and would protect Eldridge to the fullest possible extent. Bevre accepted this and shortly after moved from Atlanta to an unknown location.

17. I then approached Eldridge and after being fully briefed on her operation and the intentions behind her 501 (3) c and the organization she was trying to form understood that this was important work. Not only for the Native Americans and indigenous people, but a genuine opportunity to resolve fundamental problems facing our society today. I offered my services on a volunteer basis and moved into her house in Woodstock.

I, Christer de Saram Larssen, whose name is signed to this instrument, being first sworn, do hereby declare to the undersigned officer that I **signed said Affidavit voluntarily,** and that I am eighteen (18) or more years of age, of sound mind and not under constraint or undue influence.

_____     5/8-8
(name)                                                             Date

The foregoing instrument was Subscribed and Sworn before me this ____ day of ___Aug 5th_____, 2008, by _de Saram Larssen_ who is personally known by me or who produced ___passport_____ as identification.

My commission expires:
_Indefinitely_

Notary Public

Aslaug Skrede Gauslaa
dommerfullmektig