```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                WEST PALM BEACH DIVISION                Ex E

 3

 4   UNITED STATES OF AMERICA,

 5              Plaintiff,

 6   -vs-

 7   VIOLETTE GAIL ELDRIDGE,
     KATHERINE CRASE and
 8   PAUL D. KUHN,

 9              Defendants.

10   --------------------------------------/

11
                              Grand Jury #07-503 (WPB)
12                            West Palm Beach, Florida
                              Thursday, August 9, 2007
13

14                       TESTIMONY

15                          OF

16                      WALDO LONGA

17

18

19
                                              COPY
20

21
     APPEARANCE:
22
     JOSEPH A. CAPONE, ASSISTANT U. S. ATTORNEY
23      WASHINGTON, D. C.
     EDWARD C. NUCCI, ASSISTANT U. S. ATTORNEY
24      WEST PALM BEACH, FLORIDA
     BEVERLY JOHNSON, FOREPERSON
25   NANCY SIEGEL, COURT REPORTER


          OFFICIAL REPORTING SERVICE  (954) 467-8204
```

1  you and Mr. Kuhn just break off?
2     A    Yes, yes.
3     Q    And at some point did he get an attorney?
4     A    He got an attorney, yes.
5     Q    One other little area of questioning I want to
6  ask you about. Did you look into the SEC lawsuit
7  against Gail Eldridge?
8     A    Yes.
9     Q    Can you give us just a short synopsis of that
10 case?
11    A    That was a fraudulent sale of securities
12 matter that resulted in a lawsuit in late 2003 against
13 Gail Eldridge and others for being a part of a fraud
14 scheme to defraud investors via a private placement at
15 which in fact raised approximately $30 million of which
16 $24 million approximately was transferred by Gail
17 Eldridge to a British Virgin Island account that she
18 controlled.
19    Q    Were part of the accusations in that case was
20 that she converted some of the investor's money into her
21 own use?
22    A    Yes, that she and the others had actually
23 taken in investor money and converted it for their
24 personal use.
25    Q    Was that SEC lawsuit ongoing at the time that

1  you and Agent Olsa and the others were conducting your
2  undercover investigation?
3      A    Yes, yes.
4      Q    Give me one moment.
5           (Thereupon, there was a brief pause.)
6      Q    Do any of the Grand Jurors have any questions
7  for Agent Longa?
8           (No questions posed by the Grand Jury.)
9      Q    No. Okay. May he be excused?
10          THE FOREPERSON: Yes.
11 BY MR. CAPONE:
12     Q    If you will wait outside for a moment in case
13 there are any follow-up questions.
14          (The witness was excused from the Grand Jury
15 room.)
16          (Proceedings continued before the Grand Jury.)
17          (Questions posed by the Grand Jury.)
18          (The AUSAs and the court reporter left the
19 Grand Jury room.)
20          (Grand Jury deliberated.)
21
22
23
24
25

OFFICIAL REPORTING SERVICE   (954) 467-8204

```
 1                    CERTIFICATE OF REPORTER
 2
 3
 4
 5    I certify pages 2 through 15 are a true transcript of my
 6    shorthand notes of the testimony of Waldo Longa before
 7    the Federal Grand Jury, West Palm Beach, Florida on the
 8    9th day of August, 2007.
 9
10                    [signature: Nancy Siegel]
11                    Nancy Siegel-Notary Public
12                    Commission #DD0282274
13                    Expires May 8, 2008
14
15
16
17
18
19
20
21
22
23
24
25

            OFFICIAL REPORTING SERVICE   (954) 467-8204
```