UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      vs.                                  PROPOSED JURY INSTRUCTIONS
                                          #05-CR-6116 (CJS)

VIOLETTE GAIL ELDRIDGE, ET AL

_____

The defendant Gail Eldridge joins in the objections raised by the co-defendant Knight

in his proposed jury charge dated September 24, 2008 and makes the following additional

requests for charge:

**Request No. 1-As to All charges**

Insert at Page 31, Government's Request to Charge, after paragraph 4

> "Fraudulent intent is not presumed or assumed; it is personal not imputed. One is
> chargeable with his own personal intent, not the intent of some other person. Bad faith
> is an essential element of fraudulent intent.  Good faith constitutes a complete defense
> to one charged with an offense of which fraudulent intent is an essential element. One
> who acts with honest intention is not chargeable with fraudulent intent. Evidence
> which establishes only that a person made a mistake of judgment or an error in
> management, or was careless does not establish fraudulent intent. In order to establish
> fraudulent intent on the part of a person, it must be established that such person
> knowingly and intentionally attempted to deceive another. One who knowingly and
> intentionally deceives another is chargeable with fraudulent intent notwithstanding the
> manner and form in which the deception was attempted." **U.S. v. Ammons**, 464 F.2d
> at 417 (8th Cir. 1971)

**Request No. 2-Money Laundering**

Revise page 49, Government's Request to Charge, at paragraph "3"

> "The term "proceeds" means the profits acquired or retained as a result of the
> commission of the specified unlawful activity, or the money retained after the
> expenses of the criminal enterprise are paid. Proceeds can be any kind of property, not
> just money." **U.S. and Govt Virgin Islands v. Yusef**, 529 F.3d 172( 3rd Cir. 2008).

LAW OFFICE OF
MAURICE J. VERRILLO, P.C.

ONE EAST MAIN STREET
SUITE  711
ROCHESTER, NY 14614

TEL: (585) 232-2640

**REQUEST #4**

Delete Page 39-Conscious Avoidance

The defendant Gail Eldridge objects to the conscious avoidance charge as being

inappropriate under the facts of this case. See **U.S. v. Mankani,** 738 F.2d 538

(2nd Cir. 1989).

**REQUEST #5-RELIANCE ON COUNSEL, CPA**

Insert on Page 31 concerning Good Faith defense after Request #1.

The defendant Gail Eldridge requests that a reliance on counsel and CPA instruction
be given in this case.

"The defendant Eldridge in support of her good faith defense alleges that she relied on
the advice and counsel of her attorney and CPA, Katherine Crase. You may consider
a defendant's contacts with her attorney or CPA in determining whether the defendant
has acted in good faith. Again, it is the burden of the Government to disprove a good
faith defense beyond a reasonable doubt".

The defendant Gail Eldridge reserves the right to supplement or amend her requests for jury
charges prior to the conclusion of the trial.

Dated: September 27, 2008                        Respectfully Submitted,


                                                 /s/ Maurice Verrillo
                                                 Maurice J. Verrillo, Esq.
                                                 Law Offices of Maurice J. Verrillo, P.C.
                                                 Attorney for the Defendant Violet Gail Eldridge
                                                 One E. Main Street, Suite 711
                                                 Rochester, New York 14614
                                                 (585) 232-2640

**LAW OFFICE OF
MAURICE J. VERRILLO, P.C.**

ONE EAST MAIN STREET
SUITE  711
ROCHESTER, NY 14614

TEL: (585) 232-2640