Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

Western District of New York

United States of America

vs. Violette Gail Eldridge

Docket No.: 05-CR-6116

Hon. Charles J. Siragusa
(District Court Judge)

Notice is hereby given that **Violette Gail Eldridge** appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [X] and all adverse rulings, decisions, or orders by the Court, *including from arraignment through sentencing on November 24, 2009* (specify)

entered in this action on December 16, 2009
(date)

Offense occurred after November 1, 1987     Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date December 17, 2009

TO:
Bradley E Tyler Esq
US Attorney's office
100 State St.
Rochester NY 14614

ADD ADDITIONAL PAGE (IF NECESSARY)

Maurice J. Verrillo, Esq.
(Counsel for Appellant)

Address: One E. Main Street, Suite 700
Rochester, New York 14614

Telephone Number: 585-232-2640

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
  [ ] Daily copy is available
  [ ] U.S. Attorney has placed order
  [ ] Other. Attach explanation

Prepare transcript of                                       Dates
[✓] Prepare proceedings   Per letter request to follow
[✓] Trial   -all dates requested, including all proceedings after jury verdict
[✓] Sentencing   11/24/2009
[✓] Post-trial proceedings   -all appearances since jury verdict

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment     [ ] Funds [ ]     CJA Form 24 [✓]

ATTORNEY'S SIGNATURE _____     DATE 12/17/09

▶ COURT REPORTER ACKNOWLEDGMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____   Signature _____ (Court Reporter) | | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05